## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: NATIONAL ARBITRATION FORUM LITIGATION | CIVIL NO. 09-1939 (PAM/JSM) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **ORDER** |

Having considered the Joint Stipulation For Dismissal Without Prejudice between Defendant Axiant, LLC and all Plaintiffs,

**IT IS HEREBY ORDERED** that Defendant Axiant, LLC, shall be dismissed from this matter without prejudice and without costs to any party.

Dated: January 14, 2010

BY THE COURT:

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge