# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: National Arbitration Forum  Civil No. 09-1939 (PAM/JSM)
Trade Practices Litigation,

**ORDER**

This document relates to:
All Actions

---

This matter is before the Court on the NAF Defendants' Motion for Expedited Review of the contemporaneously filed Motion to Stay. Defendants contend that they "face several impending discovery and other deadlines" that make expedited review of the Motion to Stay necessary to "prevent prejudice" to Defendants. (Defs.' Supp. Mem. at 6.) Defendants do not specify what those deadlines are or why compliance with those deadlines is potentially prejudicial.

Defendants have appealed the Order denying their Motion to Dismiss. They ask this Court to stay the matter pending that appeal. While the Motion to Stay undoubtedly presents pressing issues, the Court believes that an expedited briefing schedule is not necessary. The Court will, however, consider the Motion on the papers without a hearing.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Expedited Review (Docket No. 251) is **DENIED**;

2. Plaintiffs shall respond to the pending Motions to Stay by March 22, 2010; and

3. Defendants may file reply memoranda in support of their Motions to Stay by April 2, 2010.

Dated: March 12, 2010

                                                            s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge