# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-1629
_____

In re: National Arbitration Forum Trade Practices Litigation,

------------------------------

Kerry S. Sydnes; Rebecca Kuntz; Kelly Marquis; Tommi Head;
Gabriel Aquino; Robert Burgi; Roger A. Shuler; Nolan Vassar;
Karen Wicker; Peter Kennedy; John Vassal; Laura Siddons;
Michael Kroll; Randal Kinnunen; Anthony Magnone, individually
and on behalf of all others similarly situated,

Plaintiffs - Appellees

v.

National Arbitration Forum, Inc.; National Arbitration Forum, LLC;
Dispute Management Services, LLC, doing business as Forthright,

Defendants - Appellants

Accretive, LLC; Agora Fund I GP, LLC; Attorney Jason S. Kilene;
Mann Bracken, LLP, a Delaware limited liability,

Defendants
_____

No: 10-1630
_____

In re: National Arbitration Forum Trade Practices Litigation,

------------------------------

Kerry S. Sydnes; Rebecca Kuntz; Kelly Marquis; Tommi Head;
Gabriel Aquino; Robert Burgi; Roger A. Shuler; Nolan Vassar;
Karen Wicker; Peter Kennedy; John Vassal; Laura Siddons;
Michael Kroll; Randal Kinnunen; Anthony Magnone, individually
and on behalf of all others similarly situated,

Plaintiffs - Appellees

v.

National Arbitration Forum, Inc.; National Arbitration Forum, LLC; Dispute Management Services, LLC, doing business as Forthright,

Defendants

Accretive, LLC; Agora Fund I GP, LLC,

Defendants - Appellants

Attorney Jason S. Kilene; Mann Bracken, LLP, a Delaware limited liability,

Defendants

------

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:09-cv-01939-PAM)

------

## JUDGMENT

Upon consideration, the court orders that these appeals be dismissed.

April 22, 2010

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans